**STATE OF MONTANA,**
    **Plaintiff,**                      **Cause No. DC-01-245**
**vs.**                                 **Amended Judgment**
**JEFFREY SEITZINGER,**     **and Commitment**
    **Defendant.**

DATED this 30th day of March, 2006.

The first paragraph of the March 7, 2006 Decision of the Sentence Review Division states the following: "On July 27, 2005, the defendant was sentenced to five (5) years in the Montana State Prison for violation of the conditions of a suspended sentence for the offense of Aggravated Assault, a felony".

The charge should be changed as contained in the September 10, 2001 Amended Information, namely the crime of ASSAULT ON A MINOR, a felony.

**NOW, THEREFORE, IT IS ORDERED** that the first paragraph of the Decision of the Sentence Review Division dated March 7, 2006, **SHALL READ** as follows:

On July 27, 2005, the defendant was sentenced to five (5) years in the Montana State Prison for violation of the conditions of a suspended sentence for the offense of Assault on a Minor, a felony.

DATED this 30th day of March, 2006.

Chairperson, Hon. John W. Whelan.